UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Crim. No.: 4:17-cr-00866-RBH |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Brandon Michael Council, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This criminal matter is presently pending before United States District Judge R. Bryan
Harwell. Due to pretrial publicity in the Florence Division concerning this case, the parties agree
that the jury be drawn from the District,[1] rather than limited to Area D (Florence Division). *See*
[ECF No. 142].

**THEREFORE,** I find that in the interests of justice a district-wide jury venire shall be
empaneled. The jury clerk is ordered to summon at random from jury divisions A, B, C, and D a
jury venire of 2000 for jury selection purposes consistent with the Court's Order on jury selection
procedures dated July 17, 2018. *See* [ECF No.185].

**IT IS SO ORDERED.**

Terry L. Wooten, Chief Judge
United States District Court

July 18, 2018
Columbia, South Carolina

---

[1] Amended Jury Selection Plan for the Random Selection of Grand and Petit Jurors, adopted by
the court on February 21, 1997 and subsequently amended, the most recent amendment having been
approved by the Fourth Circuit on June 12, 2017.