# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

United States Of America )
Vs. )
Brandon Michael Council )

No 26-6927
4:17-CR-00866-JD-1

RECEIVED
OCT 13 2026
U.S. Court of Appeals
Fourth Circuit

# NOTICE OF APPEAL

Notice is hereby given to the United States Court Of Appeals For The Fourth Circuit that petitioner Brandon Michael Council in the above named case appeals the United States Districts Courts September 23rd 2026 Order which denied the petitioners motion for extension of time to appeal.

Dated: 10-2-26

Brandon M. Council / 63961056 Brandon M Council
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN, 47808

# APPEAL BRIEF

The elucidation why I am appealing the United States District Courts September 23rd 2026 Order, which denied my motion for extension of time to appeal, is because the United States District Court erroneously or in bad faith denied my motion due to a failure or refusal to appropriately apply the circumstances that deserve, require, and justify granting the motion for extension of time to appeal a United States District Court Order.

The United States District Court was informed that I was on a State Writ from June 10th 2026, until August 6th 2026. The United States District Court issued its Order denying my motion for sentence reduction on July 1st 2026. The United States District Court failed or refused to assimilate that I did not receive the Courts July 1st 2026 Order until August 7th 2026 which is 38 days after the July 1st 2026 ruling, which is well beyond the 14 days that the Federal Rules of Civil Procedure proclaims a defendant must file a notice of appeal within. It is impossible for a party to appeal a decision that they had no Knowledge existed. The United States District Court was presumptively correct in all of its assessments pertaining to the allocated time periods in which the law

stipulates the procedures regarding appeal submissions, but the cardinal issue is that the United States District Court failed to exercise sound judgment in applying the facts that demonstrate why I wanted to be granted an extension of time to appeal. Nearly 3 times the allocated time period to file an appeal had already elapsed before I had knowledge that the United States District Court had ruled on my motion for sentence reduction. I submitted a 26 page Informal Brief to appeal the United States District Courts July 1st 2026 Order in part because of alleged, presumptive, and perceived prejudice, and it is my belief that the United States District Court prejudicially ignored the fact that I was incapable of facilitating the normal legal requirements to appeal a United States District Courts Criminal Case Order. because of my absence from the Federal Bureau Of Prisons. In conclussion, I earnestly and emphatically entreat the United States Court of Appeals For The Fourth Circuit to reverse, nullify, and void the United States District Courts September 23rd 2026 Order which denied my motion for extension of time to appeal, thereby allowing my current appeal of the United States District Courts July 1st 2026 Order to proceed upon the merits.

Humbly & Respectfully Submitted
Date 10-2-26
Brandon M. Council 63961056 Brandon M Council
U.S.P. Terre Haute
P.O.Box 33
Terre Haute, IN, 47808